IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PHILLIP A. HENDRICK                                                    PLAINTIFF

V.                                                   CIVIL ACTION NO.: 1:16-cv-204-SA-DAS

ITT ENGINEERED VALVES, LLC                                          DEFENDANT

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this

day, Defendant's Motion for Summary Judgment [32] is DENIED.

SO ORDERED this the 12th day of February 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE