IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PHILIP A. HENDRICK                                                            PLAINTIFF

V.                                           CIVIL ACTION NO.: 1:16-CV-204-SA-DAS

ITT ENGINEERED VALVES, LLC                                                    DEFENDANT

ORDER DISMISSING CASE WITH PREJUDICE

The Court being advised that all issues between the parties have been resolved, it is hereby ORDERED that this action is dismissed *with prejudice* with each party to pay their own costs, including legal fees and expenses.

SO ORDERED, this the 25th day of June, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE


APPROVED:

/s/ *William T. Cooper*
WILLIAM T. COOPER, ESQ., MB# 9588
ATTORNEY FOR PHILIP HENDRICK


/s/ *John S. Hill*
JOHN S. HILL, MB# 2451
ATTORNEY FOR ITT ENGINEERED VALVES, LLC